In re WITT'S ESTATE.

(Surrogate's Court, New York County. January 16, 1913.)

EXECUTORS AND ADMINISTRATORS (§ 460*)—ACCOUNTING—PARTIES ENTITLED.
    A creditor of a distributee is not a party who can compel an accounting by an administrator, under Code Civ. Proc. § 2727.
    [Ed. Note.—For other cases, see Executors and Administrators, Cent. Dig. §§ 1975–1985; Dec. Dig. § 460.*]

In the matter of the estate of Augusta Witt. Application to compel administrator to account. Application denied.

William F. Clare, of New York City, for petitioner.
Charles Weishaupt, of New York City, for administrator de bonis non.

FOWLER, S. Under the provisions of section 2727, C. C. P., the petitioner is not a person entitled to compel the administrator to account. The applicant, who is but a creditor of a distributee, is not a proper party to an accounting. Matter of Redfield, 71 Hun, 344, 25 N. Y. Supp. 3; Duncan v. Guest, 5 Redf. Sur. 440.